**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ESTEPHANIA ARZATE ROMAN ARANA,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. d/b/a EXPERIAN,<br><br>    Defendant. | Case No: 25-cv-2775<br><br>**EXPERIAN INFORMATION<br>SOLUTIONS, INC.'S NOTICE OF<br>REMOVAL** |

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is named as a Defendant in Civil Action No. 152133/2025, filed by Plaintiff Estephania Arzate Roman Arana ("Plaintiff") in the Supreme Court of the State of New York, County of New York (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Supreme Court of the State of New York, County of New York on February 18, 2025.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

6.    Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.    The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8.    Promptly after filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through her attorney of record in the State Court Action, and shall file a copy of this Notice with the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: April 3, 2025
        New York, New York

Respectfully submitted,

*/s/ Melanie K. Chan*

Melanie K. Chan
JONES DAY
250 Vesey Street, 34th Floor
New York, NY 10281
Telephone: 212.326.3654
Facsimile: 212.755.7306
melaniechan@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*