UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTEPHANIA ROMAN ARZATE ARANA,

            Plaintiff,

-*against*-

EXPERIAN INFORMATION SOLUTIONS, INC. *d/b/a* EXPERIAN,

            Defendant.

**ORDER**

25-cv-02775 (ER)

RAMOS, D.J.

      At a telephonic conference on June 6, 2025, the Court granted Experian Information Solutions, Inc.'s ("Experian") leave to file a motion to transfer venue with the following schedule: (1) moving papers due June 27, 2025; (2) opposition due July 18, 2025; and (3) reply due July 25, 2025. Doc. 8. Experian filed the motion on June 27, 2025 and reply on July 24, 2025 as directed. Docs. 10, 13. However, Estephania Arzate Roman Arana ("Plaintiff") has not filed an opposition. Plaintiff is directed to file an opposition by July 31, 2025. If an opposition is not filed by then, the motion will be considered fully briefed.

      SO ORDERED.

Dated:   July 25, 2025
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.